UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN E. ANDRUS MEMORIAL, INC. (d/b/a ANDRUS ON HUDSON), <br> Plaintiff <br><br> -v- <br><br> RICHARD F. DAINES, as Commissioner of the New York State Department of Health, <br><br> Defendant | Case No.  <br><br> 07 CV 3432 <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for  John E. Andrus Memorial, Inc.      (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

   No such publicly held corporate parents, affiliates or subsidiaries.

**Date:** April 30, 2007

_Peter D. Bergmann_
**Signature of Attorney**

Attorney Bar Code: PB-9691

Form Rule7_1.pdf

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____