AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

| | |
|---|---|
| JOHN E. ANDRUS MEMORIAL, INC.<br>v.<br>RICHARD F. DAINES | **APPEARANCE**<br><br>Case Number: 07 Civ. 3432 (CLB) |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

> JOHN E. ANDRUS MEMORIAL, INC. (d/b/a ANDRUS ON HUDSON)

I certify that I am admitted to practice in this court.


May 4, 2007
Date


Signature

Peter G. Bergmann     PG-9691
Print Name     Bar Number

One World Financial Center
Address

New York, New York 10281
City    State    Zip Code

(212) 504-6000     (212) 504-6666
Phone Number     Fax Number