AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

JOHN E. ANDRUS MEMORIAL, INC.

v.

RICHARD F. DAINES

APPEARANCE

Case Number: 07 Civ. 3432 (CLB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JOHN E. ANDRUS MEMORIAL, INC. (d/b/a ANDRUS ON HUDSON)

I certify that I am admitted to practice in this court.

Date: 5/4/07

Signature: [signed]

Brian T. McGovern — BM-5453
Print Name — Bar Number

One World Financial Center
Address

New York, New York 10281
City, State, Zip Code

(212) 504-6000 — (212) 504-6666
Phone Number — Fax Number