UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOHN E. ANDRUS MEMORIAL, INC. (d/b/a     :      filed electronically
ANDRUS ON HUDSON,                                         :
                                                                              :      07-CV-3432 (CLB) (KNF)
                                      Plaintiff              :
                                                                              :
        -against-                                                 :
                                                                              :      **NOTICE OF APPEARANCE**
                                                                              :
                                      Plaintiffs,           :
                                                                              :
RICHARD F. DAINES, as Commissioner of the :
New York State Department of Health,            :
                                                                              :
                                      Defendant.         :
------------------------------------------------------------x

**To the Clerk of the Court and all Parties of Record:**

The undersigned hereby enter their appearance for defendant Richard F. Daines as Commissioner of the New York State Department of Health.

I certify that I am admitted to practice in this court.

Dated: New York, New York
       May 15, 2007

                                                                    _____
                                                                    John Gasior (JG 0241)
                                                                    Assistant Attorney General
                                                                    State of New York
                                                                    Office of the Attorney General
                                                                    120 Broadway   24th floor
                                                                    New York, New York 10271
                                                                    212-416-8570