UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOHN E. ANDRUS MEMORIAL, INC. (d/b/a    :     filed electronically
ANDRUS ON HUDSON,    :
   :     07-CV-3432 (CLB) (KNF)
                          Plaintiff,    :
       -against-    :
   :     **DISCLOSURE STATEMENT**
RICHARD F. DAINES, as Commissioner of the    :
New York State Department of Health,    :
   :
                          Defendant.    :
------------------------------------------------------------x

## **DISCLOSURE STATEMENT UNDER FEDERAL RULE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants states as follows:

Defendant is an individual and not a corporate entity. As such, there are no disclosures as required under Rule 7.1.

Dated: New York, New York
        June 5, 2007

                                           ANDREW M. CUOMO
                                           Attorney General of
                                             the State of New York
                                           Attorney for Defendant

                                           _____
                                           By: John Gasior
                                           Assistant Attorney General
                                           120 Broadway – 24th Floor
                                           New York, New York 10271
                                           Telephone: 212-416-8570