UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JOHN E. ANDRUS MEMORIAL, INC. (d/b/a     :      filed electronically
ANDRUS ON HUDSON),                  :
                                            :      07-CV-3432 (CLB) (KNF)
                   Plaintiff    :
         -against-               :
                                            :      **NOTICE OF MOTION**
                                          :      **FOR SUMMARY JUDGMENT**
RICHARD F. DAINES, as Commissioner of the  :
New York State Department of Health,      :
                                          :
                  Defendant.  :
-----------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that, upon the complaint, dated April 30, 2007, the Affidavit

of Neil Benjamin dated July 11, 2007, the Affidavit of David R. Sandman, PhD dated July 10,

2007, the Affidavit of John P. Gasior dated July 13, 2007, the accompanying Memorandum of

Law, and all other pleadings and proceedings herein, defendant shall move this Court before the

Honorable Charles L. Brieant, at the United States Courthouse, 300 Quarropas Street, White

Plains, New York, on a date to be determined by the Court, for an order and judgment dismissing

this action pursuant to Federal Rule of Civil Procedure Rule 56 (b), and for such other and

further relief as this Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's May 25, 2007

Order, any opposing affidavits and memoranda shall be served by August 3, 2007 and reply

affidavits and memoranda shall be served by August 10, 2007.

Dated: New York, New York
      July 13, 2007

                     ANDREW M. CUOMO
                     Attorney General of the
                      State of New York
                     <u>Attorney for Defendant</u>

                     By:_____

                     John P. Gasior
                     Assistant Attorney General
                     120 Broadway, 24th Floor
                     New York, New York 10271
                     212-416-8570

TO:    Peter G. Bergmann, Esq.
       Brian McGovern, Esq.
       Cadwalader, Wickersham & Taft LLP
       One World Financial Center
       New York, New York 10281
       Telephone: 212-504-6000

)(KNF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN E. ANDRUS MEMORIAL, INC. (d/b/a ANDRUS ON HUDSON),

                                        *Plaintiff,*

        -against-

RICHARD F. DAINES, as Commissioner of the New York State Department of Health,

                                        *Defendants.*

NOTICE OF MOTION FOR SUMMARY JUDGMENT

ANDREW M. CUOMO
Attorney General of the
State of New York
ATTORNEY FOR DEFENDANT
Office and Post Office Address

120 Broadway, 24th Floor
New York, New York 10271
(212)-416-8570

*Personal service of a copy of the within*
_____ *is admitted this*
_____ *day of* _____ *2007.*