| | | Availability of Services | | | | | |
|---|---|---|---|---|---|---|---|
| | | Comprehensive Services | | | Specialty Services | | |
| NAME | COUNTY | LTHHCP | ADHCP | SUBACUTE | TBI | AIDS | Vent |
| John J Foley Skilled Nurs | Suffolk County | | XX | XX | | XX | |
| Little Flower Nursing Hom | Suffolk County | | | XX | | | |
| Long Island State Veteran | Suffolk County | | XX | XX | | | |
| Maria Regina Residence In | Suffolk County | | XX | XX | | | |
| Medford Multicare Center for Living | Suffolk County | | | XX | | | XX |
| Nesconset Nursing Center | Suffolk County | | XX | XX | | | |
| Oak Hollow Nursing Center | Suffolk County | | | XX | | | |
| Our Lady of Consolation G | Suffolk County | XX | | XX | | | |
| Patchogue Nursing Center | Suffolk County | | | XX | | | |
| Peconic Landing at Southold | Suffolk County | | | XX | | | |
| Petite Fleur Nursing Home | Suffolk County | | | XX | | | |
| Port Jefferson Health Car | Suffolk County | | | XX | | | |
| Riverhead Nursing Home | Suffolk County | | | XX | | | |
| Ross Health Care Center | Suffolk County | | | XX | | | |
| San Simeon by the Sound C | Suffolk County | | | XX | | | |
| Smithtown Health Care Fac | Suffolk County | | | XX | | | |
| Southampton Care Center | Suffolk County | | | XX | | | |
| St Catherine of Siena Nursing Home | Suffolk County | | | XX | | | |
| St James Healthcare Center | Suffolk County | | | XX | | | |
| St James Plaza Nursing Facility | Suffolk County | | | XX | | | |
| St Johnland Nursing Center | Suffolk County | XX | XX | XX | XX | | |
| Sunrise Manor Center for Nursing and Rehabilitation | Suffolk County | | | XX | | | |
| The Center for Nursing & Rehabilitation at Birchwood | Suffolk County | | | XX | | | |
| Westhampton Care Center | Suffolk County | | | XX | | | |
| Woodhaven Nursing Home | Suffolk County | | | XX | | | |

| | | Availability of Services | | | | | |
|---|---|---|---|---|---|---|---|
| | | Comprehensive Services | | | Specialty Services | | |
| NAME | COUNTY | LTHHCP | ADHCP | SUBACUTE | TBI | AIDS | Vent |
| Bainbridge Nursing and Re | Bronx County | | XX | XX | | | |
| Beth Abraham Health Servi | Bronx County | XX | XX | XX | | | |
| Bronx Center For Rehabilitation and Health | Bronx County | | | XX | | | |
| Bronx Park Rehabilitation & Nursing Center | Bronx County | | | | | | |
| Bronx-Lebanon Special Care Center | Bronx County | | | | | XX | |
| Casa Promesa | Bronx County | | XX | | | XX | |
| Concourse Rehabilitation | Bronx County | | | XX | | | XX |
| Daughters of Jacob Nursin | Bronx County | | XX | XX | | | XX |
| East Haven Nursing and Rehabilitation Center | Bronx County | | | XX | | | |
| Eastchester Rehabilitation and Care Center | Bronx County | | | XX | | | XX |
| Fieldston Lodge | Bronx County | | | XX | | | XX |
| Gold Crest Care Center | Bronx County | | | XX | | | |
| Grand Manor Nursing & Reh | Bronx County | | | XX | | | |
| Hebrew Home For The Aged at Riverdale | Bronx County | | XX | XX | | | |
| Hebrew Home For The Aged at Riverdale Fairfield | Bronx County | | | XX | | | |
| Hebrew Hospital Home Inc | Bronx County | XX | XX | XX | | | |
| Highbridge-Woodycrest Cen | Bronx County | | | | | XX | |
| Jewish Home and Hospital | Bronx County | XX | XX | XX | | | |
| Kings Harbor Multicare Center | Bronx County | | | XX | | | |
| Kingsbridge Heights Rehab | Bronx County | XX | | XX | | | |
| Laconia Nursing Home Inc | Bronx County | | | XX | | | |
| Manhattanville Health Care Center | Bronx County | | | XX | | | |
| Methodist Church Home For | Bronx County | | | XX | | | |
| Morningside House Nursing | Bronx County | XX | XX | XX | | | |
| Morris Park Nursing Home | Bronx County | | | XX | | | |
| Mosholu Parkway Nursing A | Bronx County | | | | | | |
| Palisade Nursing Home Com | Bronx County | | | XX | | | |
| Park Gardens Rehabilitati | Bronx County | | | XX | | | |
| Pelham Parkway Nursing an | Bronx County | | | | | | |
| Project Samaritan Aids Se | Bronx County | | XX | | | XX | |
| Providence Rest | Bronx County | | XX | XX | | | |
| Regeis Care Center | Bronx County | | | XX | | | |
| Riverdale Nursing Home | Bronx County | | | | | | |
| Schervier Nursing Care Ce | Bronx County | XX | | XX | | | |
| Split Rock Rehabilitation | Bronx County | XX | XX | XX | | | XX |
| St Barnabas Nursing Home | Bronx County | | XX | XX | | XX | XX |
| St Patricks Home | Bronx County | | | XX | | | |
| St Vincent Depaul Residen | Bronx County | | XX | XX | | | |
| Terrace Health Care Cente | Bronx County | | | | | | |
| Throgs Neck Extended Care | Bronx County | | | XX | | | |
| United Odd Fellow & Rebek | Bronx County | | | XX | | | |
| University Nursing Home | Bronx County | | | | | | |
| Wayne Center For Nursing | Bronx County | | | XX | | | XX |
| Williamsbridge Manor Nurs | Bronx County | | | XX | | | |
| Workmens Circle Multicare | Bronx County | | | XX | | | |
| Aishel Avraham Residentia | Kings County | | | XX | | | |
| Bishop Francis J Mugavero | Kings County | | | XX | | | |
| Bishop Henry B Hucles Epi | Kings County | | XX | XX | | | |
| Brooklyn United Methodist | Kings County | | XX | | | | |
| Brooklyn-Queens Nursing H | Kings County | | | XX | | | |
| Buena Vida Continuing Car | Kings County | | | XX | | | |
| Cabs Nursing Home Company | Kings County | | | XX | | | |

| | | Availability of Services | | | | | |
|---|---|---|---|---|---|---|---|
| | | Comprehensive Services | | | Specialty Services | | |
| NAME | COUNTY | LTHHCP | ADHCP | SUBACUTE | TBI | AIDS | Vent |
| Caton Park Nursing Home | Kings County | | | | | | |
| Center For Nursing & Reha | Kings County | XX | XX | XX | | | |
| Cobble Hill Health Center | Kings County | | XX | XX | | | |
| Concord Nursing Home Inc | Kings County | | XX | XX | | | XX |
| Crown Nursing and Rehabil | Kings County | | | XX | | | |
| Ditmas Park Care Center | Kings County | | | XX | | | |
| Dr. Susan Smith McKinney Nursing and Rehabilitation Center | Kings County | | XX | XX | | | |
| Four Seasons Nursing and | Kings County | | XX | XX | | | |
| Greenpark Care Center | Kings County | | | XX | | | |
| Haym Salomon Home For The | Kings County | | XX | XX | | | |
| Holy Family Home | Kings County | | | XX | | | |
| Lemberg Home & Geriatric | Kings County | | | XX | | | |
| Lutheran Augustana Center | Kings County | | | XX | | | |
| Marcus Garvey Nursing Hom | Kings County | | | | | | |
| Menorah Home and Hospital for | Kings County | | | XX | | | |
| Metropolitan Jewish Geria | Kings County | XX | XX | XX | | | |
| New Carlton Rehab and Nursing Center | Kings County | | | XX | | | |
| New York Congregational N | Kings County | | | XX | | | |
| Norwegian Christian Home | Kings County | | | XX | | | |
| Oxford Nursing Home | Kings County | | | | | | |
| Palm Gardens Center for | Kings County | | XX | XX | | | XX |
| Palm Tree Center for Nurs | Kings County | | | XX | | | |
| Prospect Park Care Center | Kings County | | | XX | | | |
| River Manor Care Center | Kings County | | | XX | | | |
| Ruby Weston Manor | Kings County | | | XX | | | |
| Rutland Nursing Home Co I | Kings County | | XX | XX | | | XX |
| Schulman and Schachne Ins | Kings County | | XX | XX | | XX | XX |
| Sea-crest Health Care Cen | Kings County | | | XX | | | |
| Sephardic Skilled Nursing | Kings County | | XX | XX | | | |
| Sheepshead Nursing and Re | Kings County | | XX | XX | | | |
| Shore View Nursing Home | Kings County | | | XX | | | |
| Shorefront Jewish Geriatr | Kings County | | | XX | | | |
| Ss Joachim & Anne Residen | Kings County | | | XX | | | |
| Victory Memorial Hospital Snf | Kings County | | | XX | | | |
| Wartburg Lutheran Home For the Aging | Kings County | | XX | | | | |
| Wartburg Nursing Home Inc | Kings County | | XX | | | | |
| Willoughby Rehabilitation | Kings County | | | | | | |
| (The) Robert Mapplethorpe | New York County | #N/A | #N/A | #N/A | | XX | |
| Amsterdam Nursing Home Co | New York County | | XX | XX | | | |
| Bialystoker Center for Nursing and Rehabilitation | New York County | | | XX | | | |
| Cabrini Center For Nursing | New York County | XX | XX | XX | | | |
| Coler Memorial Hospital Snf | New York County | #N/A | #N/A | #N/A | | | |
| Coler-Goldwater Spec Hosp&Nurs Fac@Coler Nursing Facility Site | New York County | | | XX | | | |
| Coler-Goldwater Spec Hosp&Nurs Fac@Goldwater Nursing Facility S | New York County | | | XX | | | |
| Dewitt Rehabilitation and | New York County | | | XX | | | |
| Fort Tryon Center for Reh | New York County | | | XX | | | |
| Gouverneur (New) Hospital Snf | New York County | | | XX | | | |
| Greater Harlem Nursing Ho | New York County | | | XX | | | |
| Incarnation Childrens Cen | New York County | | | | | XX | |
| Isabella Geriatric Center | New York County | XX | XX | XX | | | XX |
| Jewish Home and Hospital | New York County | XX | | XX | | | |
| Kateri Residence | New York County | | | XX | | | |

| NAME | COUNTY | Availability of Services: Comprehensive Services | | | Specialty Services | | |
|---|---|---|---|---|---|---|---|
| | | LTHHCP | ADHCP | SUBACUTE | TBI | AIDS | Vent |
| Mary Manning Walsh Nursin | New York County | | | XX | | | |
| New East Side Nursing Hom | New York County | | | | | | |
| New York Foundling Hosp C | New York County | | | | | | |
| Northern Manhattan Rehabi | New York County | | | XX | | | |
| Rivington House-The Nicholas A Rango Health Care Facility | New York County | | XX | | | XX | |
| St Marys Center Inc | New York County | | XX | | | XX | |
| St Roses Home | New York County | | | | | | |
| Terence Cardinal Cooke He | New York County | | | XX | | XX | |
| Village Center For Care | New York County | XX | XX | XX | | | |
| Hillside Manor Rehab and ECC | Queens County | XX | XX | XX | | | |
| Bezalel Rehabilitation an | Queens County | | | XX | | | |
| Bishop Charles Waldo Maclean@Episcopal Nursing Home | Queens County | | | XX | | | |
| Bridge View Nursing Home | Queens County | | | XX | | | |
| Brookhaven Rehabilitation | Queens County | | | | | | |
| Chapin Home For The Aging | Queens County | | XX | XX | | | |
| Cliffside Rehabilitation | Queens County | | | XX | | | XX |
| Dr William O Benenson Reh | Queens County | | | XX | | | XX |
| Dry Harbor Nursing Home | Queens County | | XX | XX | | | |
| Elmhurst Care Center Inc | Queens County | | XX | XX | | | |
| Fairview Nursing Care Cen | Queens County | | XX | XX | | | |
| Far Rockaway Nursing Home | Queens County | | | | | | |
| Flushing Manor Care Cente | Queens County | | | XX | | | |
| Flushing Manor Nursing & | Queens County | XX | | XX | | | |
| Forest Hills Care Center | Queens County | | | XX | | | |
| Forest View Center for Re | Queens County | | XX | XX | | | |
| Franklin Center for Rehab | Queens County | | XX | XX | | | XX |
| Haven Manor Health Care C | Queens County | | | XX | | | |
| Highland Care Center | Queens County | | | XX | | | |
| Hollis Park Manor Nursing | Queens County | | | | | | |
| Holliswood Care Center In | Queens County | | | XX | | | |
| Horizon Care Center | Queens County | | | XX | | | |
| Jamaica Hospital Nursing | Queens County | | XX | XX | | | |
| Lawrence Nursing Care Cen | Queens County | | | XX | | | |
| Little Neck Nursing Home | Queens County | | | XX | | | |
| Long Island Care Center I | Queens County | | | XX | | | XX |
| Margaret Tietz Center For | Queens County | | XX | XX | | | |
| Meadow Park Rehabilitatio | Queens County | | | XX | | | |
| Midway Nursing Home | Queens County | | | XX | | | |
| Msgr J H Fitzpatric pav for Snc | Queens County | | | XX | | | |
| New Glen Oaks Nursing Hom | Queens County | | | XX | | | |
| New Surfside Nursing Home | Queens County | | XX | | | | |
| New York State Veterans Home in New York City | Queens County | | | XX | | | |
| Ocean Promenade Nursing C | Queens County | | | XX | | | |
| Oceanview Nursing & Rehab | Queens County | | | | | | |
| Ozanam Hall of Queens Nur | Queens County | | | XX | | | |
| Park Nursing Home | Queens County | | | | | | |
| Park Terrace Care Center | Queens County | | | | XX | | |
| Parker Jewish Institute f | Queens County | XX | XX | XX | | | |
| Peninsula Center For Exte | Queens County | | XX | XX | | | |
| Promenade Rehabilitation | Queens County | | | XX | | | XX |
| Queen of Peace Residence | Queens County | | | | | | |
| Queens Boulevard Extended | Queens County | | XX | XX | | | |

| | | Availability of Services | | | | | |
|---|---|---|---|---|---|---|---|
| | | Comprehensive Services | | | Specialty Services | | |
| NAME | COUNTY | LTHHCP | ADHCP | SUBACUTE | TBI | AIDS | Vent |
| Queens Center for Rehabil | Queens County | | | XX | | | |
| Queens Nassau Rehabilitat | Queens County | | | | XX | | |
| Regal Heights Rehabilitation and Health Care Center | Queens County | | XX | XX | | | |
| Rego Park Nursing Home | Queens County | | XX | XX | | | |
| Resort Nursing Home | Queens County | | | XX | | | XX |
| Rockaway Care Center | Queens County | | | XX | | | XX |
| Silvercrest | Queens County | | | XX | | | XX |
| St Marys Hospital For Chi | Queens County | XX | XX | | XX | | |
| Union Plaza Care Center | Queens County | | | XX | | | |
| Waterview Nursing Care Ce | Queens County | | | | | | |
| West Lawrence Care Center LLC | Queens County | | | XX | | | |
| Windsor Park Nursing Home | Queens County | | | | | | |
| Woodcrest Rehabilitation | Queens County | | | XX | | | |
| New York Center for Rehabilitation & Nursing | Queens County | | | XX | #N/A | #N/A | #N/A |
| Carmel Richmond Healthcar | Richmond County | | XX | XX | | | |
| Clove Lakes Health Care a | Richmond County | | | XX | | | |
| Eger Health Care and Reha | Richmond County | | | XX | | | |
| Golden Gate Rehabilitatio | Richmond County | | | XX | | | |
| Lily Pond Nursing Home | Richmond County | | | | | | |
| New Vanderbilt Rehabilita | Richmond County | | | XX | | | XX |
| Sea View Hospital Rehabilitation Center and Home | Richmond County | | XX | XX | XX | | |
| Silver Lake Specialized Care Center | Richmond County | | | XX | | | XX |
| St Elizabeth Anns Health | Richmond County | | XX | XX | | XX | XX |
| Staten Island Care Center | Richmond County | | | XX | | | |
| Verrazano Nursing Home | Richmond County | | | | | | |

| | | Availability of Services | | | | | |
|---|---|---|---|---|---|---|---|
| | | Comprehensive Services | | | Specialty Services | | |
| NAME | COUNTY | LTHHCP | ADHCP | SUBACUTE | TBI | AIDS | Vent |
| Albany County Nursing Home | Albany County | | | XX | | | |
| Ann Lee Home & Infirmary | Albany County | | | | | | |
| Childs Nursing Home Compa | Albany County | XX | | XX | | | |
| Daughters of Sarah Nursin | Albany County | | XX | XX | | | |
| Eddy Cohoes Rehabilitation Center | Albany County | XX | XX | XX | | | |
| Eddy-ford Nursing Home | Albany County | XX | | XX | | | |
| Good Samaritan Lutheran Health Care Center | Albany County | | | XX | | | |
| Guilderland Center Nursin | Albany County | | | XX | | | |
| Julie Blair Nursing & Reh | Albany County | | | XX | | | |
| Our Lady of Hope Residence | Albany County | | | | | | |
| Our Lady of Mercy Life Center | Albany County | | | XX | | | |
| St Margarets Center | Albany County | | XX | | | | |
| Teresian House Nursing Ho | Albany County | | | XX | | | |
| Villa Mary Immaculate | Albany County | | | | | | |
| Cedar Hedge Nursing Home | Clinton County | | | XX | | | |
| Champlain Valley Physicians Hospital Medical Ctr Snf | Clinton County | | | | | | |
| Clinton County Nursing Ho | Clinton County | | | | | | |
| Evergreen Valley Nursing | Clinton County | | XX | | | | |
| Meadowbrook Healthcare | Clinton County | | | XX | | | |
| Adventist Nursing Home In | Columbia County | | | XX | | | |
| Barnwell Nursing and Rehabilitation Center | Columbia County | | | XX | | | |
| Firemens Home of the State of New York | Columbia County | | | | | | |
| Pine Haven Home | Columbia County | | | XX | | | |
| Whittier/Green Manor | Columbia County | | | XX | | | XX |
| Horace Nye Home | Essex County | | | | | | |
| Moses-ludington Nursing H | Essex County | | | | | | |
| Uihlein Mercy Center | Essex County | | | XX | | | |
| Alice Hyde Medical Center | Franklin County | | | XX | | | |
| Franklin County Nursing Home | Franklin County | | | XX | | | |
| Mercy Healthcare Center Inc | Franklin County | | | | | | |
| Fulton County Residential | Fulton County | | | XX | | | |
| Nathan Littauer Hospital | Fulton County | XX | | XX | | | |
| Wells Nursing Home Inc | Fulton County | | XX | XX | | | |
| Columbia-Greene Long Term Care | Greene County | | | XX | | | |
| Eden Park Health Care Center - Greene | Greene County | | | XX | | | |
| Amsterdam Memorial Hospital Snf | Montgomery County | | XX | XX | | | |
| Montgomery Meadows Reside | Montgomery County | | | XX | | | |
| Mt Loretto Nursing Home Inc | Montgomery County | | | XX | | | |
| Palatine Nursing Home | Montgomery County | | | | | | |
| St Johnsville Rehabilitation and Nursing Center | Montgomery County | | | XX | | | |
| Aurelia Osborn Fox Memorial Hospital | Otsego County | | | XX | | | |
| Oneonta Nursing and Rehab | Otsego County | | | XX | | | |
| The Meadows | Otsego County | | | XX | | | |
| Eddy Heritage House Nursing Center | Rensselaer County | XX | | XX | | | |
| Evergreen Commons | Rensselaer County | #N/A | #N/A | #N/A | | | |
| Hoosick Falls Health Center | Rensselaer County | | | XX | | | |
| James A Eddy Memorial Ger | Rensselaer County | | XX | | | | |
| Northwoods Rehab and Extended Care Facility - Rosewood | Rensselaer County | | | XX | | | |
| Northwoods Rehab and Extended Care Facility - Troy | Rensselaer County | | | XX | | | |
| Resurrection Nursing Home Inc | Rensselaer County | | | | | | |
| The Springs Nursing and Rehabilitation Centre | Rensselaer County | | | | | | |
| Van Rensselaer Manor | Rensselaer County | | | XX | | | |

| | | Availability of Services | | | | | |
|---|---|---|---|---|---|---|---|
| | | Comprehensive Services | | | Specialty Services | | |
| NAME | COUNTY | LTHHCP | ADHCP | SUBACUTE | TBI | AIDS | Vent |
| Saratoga Care Nursing Home | Saratoga County | | | XX | | | |
| Saratoga County Maplewood Manor | Saratoga County | | | XX | | | |
| Schuyler Ridge A Resident | Saratoga County | | XX | XX | | | |
| Wesley Health Care Center | Saratoga County | | | XX | | | |
| Baptist Health Nursing And Rehabilitation Center Inc | Schenectady County | | | XX | | | |
| Ellis Center for Long Term Care | Schenectady County | | | XX | | | |
| Glendale Home-schdy Cnty | Schenectady County | | | XX | | | |
| Kingsway Arms Nursing Cen | Schenectady County | | | XX | | | |
| Northwoods Rehab and Extended Care Facility - Hilltop | Schenectady County | | | XX | XX | | XX |
| The Avenue Nursing and Rehabilitation Centre | Schenectady County | | | XX | | | |
| The Dutch Manor Nursing and Rehabilitation Centre | Schenectady County | | | XX | | | |
| Eden Park Health Care Center - Schoharie | Schoharie County | | | XX | | | |
| Adirondack Tri-County Nursing and Rehabilitation | Warren County | | XX | | | | |
| Eden Park Health Care Center - Warren | Warren County | | | XX | | | |
| The Stanton Nursing and Rehabilitation Center | Warren County | | | XX | | | |
| Westmount Health Facility | Warren County | | | | | | |
| Fort Hudson Nursing Center Inc | Washington County | | XX | XX | | | |
| Indian River Rehabilitation and Health Care Center Inc | Washington County | | | XX | | | |
| Pleasant Valley | Washington County | | XX | | | | |
| The Orchard Nursing and Rehabilitation Center | Washington County | | | XX | | | |

| | | Availability of Services | | | | | |
|---|---|---|---|---|---|---|---|
| | | Comprehensive Services | | | Specialty Services | | |
| NAME | COUNTY | LTHHCP | ADHCP | SUBACUTE | TBI | AIDS | Vent |
| Cuba Memorial Hospital Inc Snf | Allegany County | | | XX | | | |
| Highland Healthcare Cente | Allegany County | | XX | XX | | | |
| The Waters of Houghton | Allegany County | | | | | | |
| Wellsville Manor Care Cen | Allegany County | | | XX | | | |
| Gowanda Nursing Home | Cattaraugus County | | | XX | | | |
| St Josephs Manor | Cattaraugus County | | | | | | |
| The Pines Healthcare & Rehabilitation Centers Machias Campus | Cattaraugus County | | | XX | | | |
| The Pines Healthcare & Rehabilitation Centers Olean Campus | Cattaraugus County | | | XX | | | |
| The Waters of Allegany | Cattaraugus County | | | XX | | | |
| The Waters of Salamanca | Cattaraugus County | | | XX | | | |
| Chautauqua County Home | Chautauqua County | | | XX | | | |
| Gerry Nursing Home Co Inc | Chautauqua County | | | XX | | | |
| Heritage Green Nursing Home | Chautauqua County | | | XX | | | |
| Heritage Park Health Care Center | Chautauqua County | | | XX | | | |
| Lake Shore Nursing Home Inc | Chautauqua County | | | XX | | | |
| Lutheran Retirement Home | Chautauqua County | | | XX | | | |
| The Waters of Dunkirk | Chautauqua County | | | | | | |
| The Waters of Westfield | Chautauqua County | | | XX | | | |
| TLC Health Network - Lake Shore Hospital Nursing Facility | Chautauqua County | XX | | XX | | | |
| Autumn View Health Care Facility LLC | Erie County | | | XX | | | |
| Beechwood Nursing Home | Erie County | | | XX | | | |
| Beechwood Residence | Erie County | | | XX | | | |
| Brothers of Mercy Nursing | Erie County | | | XX | | | |
| Buffalo General Hospital | Erie County | | | XX | | | XX |
| Canterbury Woods | Erie County | | | | | | |
| Delaware Nursing & Rehabilitation Center | Erie County | | | XX | | | |
| Elderwood Health Care Heathwood | Erie County | | | XX | | | XX |
| Elderwood Health Care Lakewood | Erie County | | | XX | | | |
| Elderwood Health Care Linwood | Erie County | | | XX | | | |
| Elderwood Health Care Maplewood | Erie County | | | XX | | | |
| Elderwood Health Care Oakwood | Erie County | | | XX | | | |
| Elderwood Health Care Riverwood | Erie County | | | XX | | | |
| Elderwood Health Care Wedgewood | Erie County | | | XX | | | |
| Episcopal Residential Health Care Facility | Erie County | | | XX | | | |
| Erie County Home | Erie County | | | XX | | | |
| Erie County Medical Center Snf | Erie County | #N/A | #N/A | #N/A | | | XX |
| Father Baker Manor | Erie County | | | XX | | | |
| Fiddlers Green Manor Nursing Home | Erie County | | | XX | | | |
| Garden Gate Health Care Facility | Erie County | | | XX | | | |
| Grace Manor Health Care Facility | Erie County | | | | | | |
| Greenfield Health and Rehabilitation Center | Erie County | | | XX | | | |
| Harris Hill Nursing Facility LLC | Erie County | | | XX | | | |
| Jennie B Richmond Chaffee | Erie County | | | XX | | | |
| Manor Oak Buffalo | Erie County | #N/A | #N/A | #N/A | | | |
| Mcauley Residence | Erie County | | | XX | | | |
| Mercy Hospital Skilled Nursing Facility | Erie County | | | | | | |
| Millard Fillmore Skilled Nursing Facility | Erie County | | | XX | | | |
| Nazareth Nursing Home | Erie County | | | XX | | | |
| Ridge View Manor | Erie County | | | XX | | | |
| Rosa Coplon Jewish Home | Erie County | XX | XX | XX | | | |
| Schofield Residence | Erie County | XX | XX | XX | | | |
| Seneca Health Care Center | Erie County | | | XX | | | |

| | | Availability of Services | | | | | |
|---|---|---|---|---|---|---|---|
| | | Comprehensive Services | | | Specialty Services | | |
| NAME | COUNTY | LTHHCP | ADHCP | SUBACUTE | TBI | AIDS | Vent |
| Sheridan Manor Nursing Home | Erie County | | | XX | | | |
| St Andrew's Presbyterian | Erie County | | | XX | | | |
| St Catherine Laboure Health Care Center | Erie County | | | XX | | | |
| St Francis Home of Williamsville | Erie County | | | XX | | | |
| St Francis of Buffalo | Erie County | | XX | XX | | | |
| St Lukes Presbyterian Nursing Center | Erie County | | | XX | | | |
| The Waters of Aurora Park | Erie County | | | XX | | | |
| The Waters of Eden | Erie County | | | | | | |
| The Waters of Orchard Park | Erie County | | | XX | | | |
| Waterfront Health Care Center | Erie County | | | XX | | | |
| Williamsville Suburban Nursing Home | Erie County | | | XX | | | |
| Niagara Lutheran Home and Rehabilitation Center Inc | Erie County | | | XX | | | |
| Batavia Nursing Home LLC | Genesee County | | | XX | | | |
| Genesee County Nursing Home | Genesee County | | XX | XX | | | |
| Leroy Village Green Residential Health Care Facility Inc | Genesee County | | | XX | | | |
| Western New York State Veterans Home | Genesee County | | | XX | | | |
| Briody Health Care Facility | Niagara County | | | XX | | | |
| Degraff Memorial Hospital - Skilled Nursing Facility | Niagara County | | | XX | | | |
| Elderwood Health Care Crestwood | Niagara County | | | XX | | | |
| Fairchild Manor Nursing Home | Niagara County | | | XX | | | |
| Mount View Health Facility | Niagara County | | XX | XX | | | |
| Newfane Rehabilitation and Health Care Center Corp | Niagara County | | | XX | | | |
| Niagara Rehabilitation and Nursing Center | Niagara County | | | XX | | | |
| North Gate Health Care Facility | Niagara County | | | XX | | | |
| Odd Fellow & Rebekah Rehabilitation & Health Care Center Inc | Niagara County | | | XX | | | |
| Our Lady of Peace Nursing Care Residence | Niagara County | | | XX | | | |
| Schoellkopf Health Center | Niagara County | | | XX | | | |
| The Waters of Gasport | Niagara County | | | XX | | | |
| Medina Memorial Hospital Snf | Orleans County | | | | | | |
| Orchard Manor Inc | Orleans County | | | XX | | | |
| Orleans County Nursing Ho | Orleans County | | | XX | | | |
| East Side Nursing Home | Wyoming County | | | XX | | | |
| Wyoming County Community Hospital Snf | Wyoming County | | | XX | | | |

# Commission on Health Care Facilities in the 21st Century

# Nursing Homes are the primary providers of long-term care in New York



- 666 licensed Nursing Homes Statewide
- 120,651 Beds
- $11B Estimated total annual spending

# NYS Nursing Homes face declining occupancy rates and more empty beds

Occupancy Rate (%)
98
97
96
95
94
93
92
91
97.1
94.9
93.3
1994
1995
1996
1997
1998
1999
2000
2001
2002
2003
Year

# NYS Nursing Homes face mounting fiscal pressures

Percent of Facilities with Operating Losses, New York State

22%

26%

36%

41%

46%

52%

55%

# Other reasons to shift towards non-institutional care:

- Growing consumerism/patient preferences
- Unsustainable growth in Medicaid spending
- The "*Olmstead*" decision
- Federal "New Freedom Initiative"

# Where are the best opportunities to shift LTC resources?

- Where institutional supply exceeds community need

- Where institutional beds are utilized "sub-optimally"

- Where institutional beds are not occupied, even sub-optimally

- Where non-institutional medical/non-medical options are not optimal

# The State's Bed Need Methodology gives a baseline view of bed supply for 2007

Illustrative Need vs. Supply
2500
2000
1500
1000
500
0
County A
County B
County C
Needed Beds
Existing Beds

# The Need Methodology shows:

- State-wide, need and supply are in equilibrium.
- But individual counties experience either bed deficits or surpluses.

However, moving beds from one county to another is NOT enough. To shift resources *out* of institutions, additional factors must be considered . . .

# One key factor is *how* are the existing beds being utilized?

## Estimated Distribution of Residents, 2003

14%
10%
76%

Low-Acuity
Sub-Acute (e)
High-Acuity LTC

Statewide, 14% of beds are occupied by low-acuity residents. Assuming half can have their clinical care needs met in alternate settings, NYS has excess nursing home beds. Counties with greater than 125 excess beds were highlighted



# Distribution of Surplus Beds, with Low-Acuity Adjustment

# Another major factor is: are the existing beds in demand?

- Some counties have low occupancy *despite* an official bed deficit
- Low occupancy rates might indicate that people are "voting with their feet"
- Counties with less than 94.5% occupancy were highlighted



# Distribution of Low-Occupancy Counties

# A third key factor is: non-institutional resources

- The variety of long-term care programs often care for overlapping types of clients

  - Adult day care
  - Long-term home health care
  - Managed long-term care
  - Adult care facilities (EH, AH)
  - Assisted Living and CCRC units
  - Nursing Homes

- People may be in institutions simply because alternatives are lacking

# Unmet need for non-institutional care shows where resource shifts can occur

- DOH calculates total LTC need per county
- Non-Institutional need – existing "slots" = unmet need
- Counties with greater than 50% of their Non-Institutional need not met were highlighted