# CADWALADER

Cadwalader, Wickersham & Taft LLP
New York London Charlotte Washington Beijing

One World Financial Center, New York, NY 10281
Tel 212 504 6000  Fax 212 504 6666
www.cadwalader.com

December 18, 2007

**MEMO ENDORSED**

VIA FACSIMILE

Honorable Charles L. Brieant
United States District Judge
United States District Court for the
  Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re: John E. Andrus Memorial, Inc. (d/b/a Andrus on Hudson) v. Daines
    07-CV-3432 (CLB) (KNF)

Dear Judge Brieant:

As the Court is aware, we represent the plaintiff John E. Andrus Memorial, Inc. (d/b/a Andrus on Hudson) in the above-referenced action. I write to advise the Court that defendant's attorney, John Gasior, has advised that his client does not object to a continuation of the stay currently in effect pending the outcome of the motion for leave to appeal to the New York State Court of Appeals in St. Joseph Hospital of Cheektowaga v. Novello.

Please let us know if the Court requires additional information or a conference with Your Honor.

Respectfully,

Brian T. McGovern

Brian T. McGovern

BTM:cr

cc: John P. Gasior, Esq. (via facsimile)

*[Handwritten memo endorsement in left margin:]* The stay in effect by order of this Court and the outcome of this action in St. Joseph Hospital of Cheektowaga v. Novello, is continued pending the outcome of the motion for leave to appeal in St. Joseph Hospital of Cheektowaga v. Novello. Counsel for the parties in this action shall notify the Court promptly of the outcome of the appeal. The 1/15/08 conference is cancelled. SO ORDERED. Charles Brieant USDJ 12/18/07

Brian T. McGovern  Tel 212 504 6117  Fax 212 504 6666  brian.mcgovern@cwt.com

DEC-18-2007 10:02   212 993 4649   95%   P.02