Sandman Exhibit G

Part 7 of 8



Distribution of Counties with Significant Unmet Non-Institutional Need

- Possible areas of opportunity emerge when these factors are combined
- Counties highlighted for at least two out of three:
  - Surplus nursing home beds, in light of low-acuity
  - Low occupancy
  - High unmet need for alternative LTC
- Plans could be developed in these counties to shift resources from nursing home beds to HCBS and/or supportive housing

Distribution of Counties for LTC Resource Shift

# Additional Considerations

- Availability of accessible/affordable housing
- Availability of workforce
- Availability/need to support family caregivers
- Costs/need to enhance efficiency of non-institutional care delivery
- Bed need methodology reflects current patterns – technology, clinical advances, demography could affect future projections/needs

# Next Steps

- Analysis provides a way to think about geographic areas of opportunity
- The numbers are a starting point
- Must combine regional knowledge and local input into decision-making

# Final Points

- Shifting resources is one piece of the long-term care puzzle
- Appropriate # of nursing homes will always be needed
- Must fiscally stabilize needed, high quality nursing homes

