UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x

JOHN E. ANDRUS MEMORIAL, INC. (d/b/a ANDRUS ON HUDSON),

                               Plaintiff,

                -against-

RICHARD F. DAINES, as Commissioner of the New York State Department of Health,

                              Defendant.

----------------------------------------------------------------- x

2007 Civ. 3432 (CLB)(MDF)

**NOTICE OF MOTION**

C O U N S E L:

      PLEASE TAKE NOTICE that, upon the annexed Affidavit of Betsy Biddle, sworn to on April 10, 2008, together with the exhibits annexed thereto, and upon the accompanying Memorandum of Law dated April 11, 2008, and upon all prior papers filed and proceedings had herein, plaintiff John E. Andrus Memorial, Inc. will make a motion before this Court, at the United States Courthouse, 300 Quarropas Street, White Plains, New York, on April 25, 2008 for an order pursuant to Federal Rule of Civil Procedure 65 to prevent the defendant from taking any further steps to implement the recommendation made by the Commission on Health Care Facilities in the 21st Century to close the Andrus' nursing facility, or otherwise seek

the surrender of the Andrus' operating certificate pending the final determination of this action, and granting such other and further relief as the Court may deem just and proper.

Dated: New York, New York
April 11, 2008

                                      CADWALADER, WICKERSHAM & TAFT LLP

                                      By:       s/Peter G. Bergmann
                                           Peter G. Bergmann (PB-9691)

                                      Attorneys for Plaintiff John E. Andrus
                                       Memorial, Inc.
                                      One World Financial Center
                                      New York, New York  10281
                                      Telephone:  (212) 504-6000

TO:    John P. Gasior, Esq.
         Assistant Attorney General
         Office of the Attorney General of the State of New York
         Attorneys for Defendant
         120 Broadway – 24th Floor
         New York, New York  10271