UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- x

JOHN E. ANDRUS MEMORIAL, INC. (d/b/a ANDRUS ON HUDSON),

                                      Plaintiff,

-against-

RICHARD F. DAINES, as Commissioner of the New York State Department of Health,

                                      Defendant.

------------------------------------------------------------------------- x

2007 Civ. 3432 (CLB)(MDF)

**AFFIRMATION OF SERVICE**

STATE OF NEW YORK    )
                                 : ss.:
COUNTY OF NEW YORK  )

       BRIAN T. MCGOVERN, an attorney at law of the State of New York affirms, under penalty of perjury, that:

       1)     I am not a party to this action, am over 18 years of age and reside in Sea Cliff, New York.

       2)     On April 11, 2008, I caused to be served Plaintiff John E. Andrus Memorial, Inc.'s Notice of Motion for a Preliminary Injunction, Affidavit of Betsy Biddle in Support of Plaintiff's Motion for a Preliminary Injunction, Memorandum of Law in Support of

-2-

Plaintiff's Motion for a Preliminary Injunction, and Proposed Findings of Fact in Support of Plaintiff's Motion for a Preliminary Injunction by sending a true copy thereof via electronic mail to John Gasior, attorney for the defendant.

Dated: April 15, 2008

                                                    s/Brian T. McGovern  
                                                     Brian T. McGovern