

# STATE OF NEW YORK
# DEPARTMENT OF HEALTH

Corning Tower   The Governor Nelson A. Rockefeller Empire State Plaza   Albany, New York 12237

January 31, 2007

Ms. Betsy Biddle
Andrus on Hudson Nursing Home
185 Old Broadway
Hastings-on-Hudson, New York 10706

           Re:    Commission on Health Care Facilities in the 21st Century

Dear Ms. Biddle:

In accordance with Section 31 of Part E of Chapter 63 of the Laws of 2005, the Commission on Health Care Facilities in the 21st Century ("the Commission") has been authorized to develop specific recommendations to rightsize and reconfigure health care facilities in New York. Your facility is the subject of at least one of the recommendations contained in the Commission's December 2006 final report, *A Plan to Stabilize and Strengthen New York's Health Care System*, which became law on January 1, 2007 in accordance with Section 9 of Commission statute. All recommendations must be implemented by the Commissioner of Health no later than June 30, 2008.

The purpose of this letter is to advise you of the Department's expectations, as outlined on the enclosure, regarding the steps and deliverables necessary to implement the Commission's recommendations within the required timeframe. This implementation outline will be further defined to develop a process that assures appropriate compliance throughout the timeline.

Acknowledging the unique circumstances created by this process, the Department is committed to carrying out its implementation mandate within the parameters of the Report and enabling statute. Appropriate Central and Regional Office Department staff will be closely involved in the implementation process, and will welcome an ongoing discussion with affected providers as we move toward an orderly implementation of the Commission's recommendations.

Please contact Mr. Neil Benjamin, Assistant Director, Division of Health Facility Planning at (518) 402-0967 should you wish to schedule a meeting to discuss the implementation of this recommendation. In the meantime, your attention to the enclosure is respectfully requested.

                                            Sincerely,

                                            David Wollner
                                            Director
                                            Office of Health Systems Management

Enclosure
cc:    Regional Office Director

<u>New York State Department of Health Implementation of Recommendation by the Commission on Health Care Facilities in the 21st Century</u>

**Facility Name:**   **Andrus on Hudson Nursing Home**

**Commission Region:**   Hudson Valley
Long Term Care # 2

**Commission Recommendation:**

It is recommended that Andrus-on-Hudson downsize all 247 RHCF beds and add 140 ALP beds and possibly other non-institutional services.

*Note: Integral to an understanding of the above recommendation and terms used therein are the definitions contained in preface material of the Commission's final report. The final report is available on the Commission's website at www.nyhealthcarecommission.org and the Preface is located on page 86-90. You are urged to become familiar with these terms.*

**Affected Facilities:**   **Andrus on Hudson Nursing Home**

**Outline of Implementation:**

- Meet with DOH, to discuss NH closure and plans for ALP, no later than 6/30/07.

- Submit closure plan for NH no later than 9/30/07.

- Commissioner to approve NH closure plan no later than 12/31/07.

- Submit application for 140 bed ALP no later than 12/31/07.

- Commissioner approves ALP application no later than 6/30/08.

- Revocation of NH operating certificate by Commissioner no later than 6/30/08.