

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

Writers Direct Dial
212-416-8570

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

April 21, 2008

**VIA FACSIMILE TO 914-390-4085**

Hon. Charles L. Brieant
United States District Court
300 Quarropas Street
White Plains, NY 10601-4150

Re:   John E. Andrus Memorial, Inc. v. Daines, S.D.N.Y. 3432 CV 2007 (CLB)(KNF)

Dear Judge Brieant:

This office represents the defendant in the above captioned action. On March 28, 2008, the Court granted plaintiff's request to file a motion for a preliminary injunction. The Court further ordered a conference for April 25, 2008 at 11 a.m. to consider issues related to plaintiff's motion, with defendant's opposition to the motion to be served before that conference. This letter is sent to request a one week adjournment, to May 2, 2008, of the April 25th conference. Defendants still are prepared to file their opposition on or before March 25th. However, subsequent to the March 28th court conference, the physical condition of my parents, both in the 90's, has significantly deteriorated. Their doctors have recommended that they be moved, as soon as possible, to an Extended Congregate Care facility. That move is scheduled for April 28th and I am flying down to Florida on April 25th to assist in the move. Within the Attorney General's office, I am the attorney with the greatest knowledge of proceedings in this action, which also is why I am requesting the adjournment. Plaintiff's counsel has not consented to this adjournment.

Respectfully submitted,

John P. Gasior

cc:   Brian T. McGovern, Esq. via Facsimile to 212-504-6666

120 Broadway, New York, N.Y. 10271-0332 ● Phone (212) 416-8610 ● Fax (212) 416-6075 · Not For Service of Papers
http://www.oag.state.ny.us

TOTAL P.02