UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN E. ANDRUS MEMORIAL, INC.
(d/b/a ANDRUS ON HUDSON),

　　　　　　　　　　　　　　　　Plaintiff,

　　　　　　　　　　　　　　　Civil Action No. 07 CV. 3432 (CLB) (MDF)

　　　　　－ vs －

RICHARD F. DAINES, as Commissioner of the New York　　　　　**AFFIDAVIT OF SERVICE**
State Department of Health,

　　　　　　　　　　　　　　　　Defendant,

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

　　　　　I **Jonathan A Messinger** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **23RD** day of **APRIL, 2008** at **2:57 PM** I served a true copy of the

**ORDER TO SHOW CAUSE FOR INJUCTIVE RELIEF WITH TEMPORARY RESTRAINING ORDER** upon

**JOHN GASIOR, ESQ, ASSISTANT ATTORNEY GENERAL.** delivering to, and leaving a true copy thereof at their offices, located at

　　　　　**OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF NEW YORK**
　　　　　**120 BROADWAY**
　　　　　**24TH FLOOR**
　　　　　**NEW YORK, NY 10271**

　　　　　with **WILHELMINA HOUSTON, KEYBOARD SPECIALIST** personally, who at the time of service stated she was authorized to accept service on behalf of the **NEW YORK STATE ATTORNEY GENERAL'S OFFICE.**

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

　　　　　SEX: **FEMALE** SKIN: **BLACK** HAIR: **BLACK**
　　　　　APP.AGE: **40** APP. HT: **5'4"** APP. WT: **140**

Sworn to before me
This ⌊4th⌋ day of April 20 08

　　　　　　　　　　　　　　　　Jonathan A Messinger
　　　　　　　　　　　　　　　　lic # 1136390

DAVID MOURA JR.
NOTARY PUBLIC, State of New York
No. 01MO6144906
Qualified in Bronx County
Commission Expires October 5, 2008

2010