# CADWALADER

Cadwalader, Wickersham & Taft LLP
New York  London  Charlotte  Washington  Beijing

One World Financial Center, New York, NY 10281
Tel 212 504 6000  Fax 212 504 6666
www.cadwalader.com

May 5, 2008

**VIA FACSIMILE**

John Gasior, Esq.
Assistant Attorney General
Office of the Attorney General of the
  State of New York
120 Broadway – 24th Floor
New York, New York  10271

Re:   John E. Andrus Memorial, Inc. (d/b/a Andrus on Hudson) v. Daines
      07-CV-3432 (CLB) (KNF)

Dear John:

At the Court's instruction, I write to advise that the Court has cancelled the conference scheduled for this Wednesday, May 7, 2008. We are to contact the Court to set up a date with the Court later this month once we have worked out between ourselves scheduling for the evidentiary hearing.

Respectfully,

*/s/ Brian T. McGovern*

Brian T. McGovern

BTM/cr

cc:   Chambers of Hon. Charles L. Brieant (via facsimile)

Brian T. McGovern  Tel 212 504 6117  Fax 212 504 6666  brian.mcgovern@cwt.com