# CADWALADER

Cadwalader, Wickersham & Taft LLP
New York London Charlotte Washington Beijing

One World Financial Center, New York, NY 10281
Tel 212 504 6000  Fax 212 504 6666
www.cadwalader.com

May 2, 2008

**MEMO ENDORSED**

*The evidentiary hearing scheduled for May 7, 2008 is cancelled. Counsel are to contact the Court, Mrs. Alice Cama, Courtroom Deputy to re-schedule this hearing.*
*So Ordered*
*May 5, 2008  Charles L. Brieant  USDJ*

**VIA FACSIMILE**

Honorable Charles L. Brieant
United States District Judge
United States District Court for the
  Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re:  John E. Andrus Memorial, Inc. (d/b/a Andrus on Hudson) v. Daines
     07-CV-3432 (CLB) (KNF)

Dear Judge Brieant:

As Your Honor is aware, we represent plaintiff John E. Andrus Memorial, Inc. (d/b/a Andrus on Hudson) (the "Andrus"). I write to confirm the parties' appearance before this Court next Wednesday, May 7, 2008, at 9:30 A.M. I also write to advise the Court that the parties will not be ready to proceed with an evidentiary hearing on May 7, 2008, as the requested depositions will not have taken place by that date, but we expect to discuss with the Court possible dates for scheduling the hearing later this month.

The Order to Show Cause provided for a Temporary Restraining Order pending the hearing and determination of plaintiff's application for preliminary injunctive relief. We wish to confirm our understanding that the Court has determined good cause for extending the TRO beyond the 10-day limit in Fed. R. Civ. P. 65(b)(2).

I have reviewed the contents of this letter with my adversary, who does not object.

Respectfully,

Brian T. McGovern

cc:  John Peter Gasior, Esq. (via facsimile)

Brian T. McGovern  Tel 212 504 6117  Fax 212 504 6666  brian.mcgovern@cwt.com