# CADWALADER

Cadwalader, Wickersham & Taft LLP
New York London Charlotte Washington Beijing

One World Financial Center, New York, NY 10281
Tel 212 504 6000 Fax 212 504 6666
www.cadwalader.com

May 22, 2008

**MEMO ENDORSED**

**VIA FACSIMILE**

Honorable Charles L. Brieant
United States District Judge
United States District Court for the
    Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

*Scheduled for 10:00 AM - 12:00 on June 25, 2008 and 9:30 AM - 12:00 on June 26, 2008. So Ordered. Charles L. Brieant USDJ*

Re:   John E. Andrus Memorial, Inc. (d/b/a Andrus on Hudson) v. Daines
      07-CV-3432 (CLB) (KNF)

Dear Judge Brieant:

As Your Honor is aware, we represent the plaintiff John E. Andrus Memorial, Inc. (the "Andrus") in the above-referenced action. At the Court's direction and after conferring with Assistant Attorney General Gasior, I write to advise that the parties are available, and counsel have agreed on June 25 and June 26, 2008 as dates for the hearing on the Andrus' pending motion for a preliminary injunction. The parties are prepared to proceed on those dates subject to the Court's availability and convenience.

We thank the Court for its attention to this matter.

Respectfully,

Brian T. McGovern

cc:   John Peter Gasior, Esq. (via facsimile)

Brian T. McGovern  Tel 212 504 6117  Fax 212 504 6666  brian.mcgovern@cwt.com