# CADWALADER

Cadwalader, Wickersham & Taft LLP
New York London Charlotte Washington Beijing

One World Financial Center, New York, NY 10281
Tel 212 504 6000  Fax 212 504 6666
www.cadwalader.com

May 27, 2008

**VIA FACSIMILE**

Honorable Charles L. Brieant
United States District Judge
United States District Court for the
  Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re:   John E. Andrus Memorial, Inc. (d/b/a Andrus on Hudson) v. Daines
      07-CV-3432 (CLB) (KNF)

Dear Judge Brieant:

This will confirm that the Court has scheduled time for the preliminary hearing on June 25, 2008 from 10:00 A.M. to 12:00 P.M. and June 26, 2008 from 9:30 A.M. to 12:00 P.M.

Respectfully,

Brian T. McGovern

cc:   John Peter Gasior, Esq. (via facsimile)

Brian T. McGovern  Tel 212 504 8117  Fax 212 504 6666  brian.mcgovern@cwt.com