UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
-------------------------------------------------------------X  
JOHN E. ANDRUS MEMORIAL INC.

                      Plaintiff,

      - against -

RICHARD F. DAINES, COMMISSIONER NYS  
DEPT OF HEALTH                Defendant.  
-------------------------------------------------------------X

Rev. 9/03

**ORDER OF REFERENCE  
TO A MAGISTRATE JUDGE**

07 Civ. 3432 (CLB)(MDF)

    The above entitled action is referred to the Hon. Mark D. Fox, United States Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute:*

_____  
_____

\_\_\_ Settlement*

\_X\_ Evidentiary Hearing

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C.§636(c) for limited purpose of _____

\_\_\_ Habeas Corpus

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____  
    _____

    All such motions: \_\_\_\_

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: White Plains, New York  
          June 17, 2008

                                               _Charles L. Brieant_  
                                         United States District Judge