086pandMS

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   JOHN E. ANDRUS MEMORIAL, INC.,
     doing business as Andrus
 4   on Hudson,

 5                  Plaintiff,

 6           v.                              07 Civ. 3432 (CLB)(MDF)

 7   RICHARD F. DAINES, as
     Commissioner of the New York
 8   State Department of Health,

 9                  Defendant.

10   ------------------------------x

11                                           White Plains, N.Y.
                                             June 25, 2008
12

13   Before:

14                  THE HONORABLE MARK D. FOX,

15                             Magistrate Judge

16                        APPEARANCES

17   CADWALADER WICKERSHAM & TAFT, LLP
             Attorneys for Plaintiff
18   BRIAN THOMAS McGOVERN
     PETER G. BERGMANN
19   ARIEL V. GORDON

20   OFFICE OF NEW YORK STATE ATTORNEY GENERAL
             Attorneys for Defendant
21   JOHN PETER GASIOR
     BARBARA K. HATHAWAY
22

23

24
     Proceedings recorded by
25   electronic sound recording.
```

MARY M. STATEN, CSR, RPR, RMR
(914) 390-4027

1    home to comply with all state, federal and local rules and
2    regulations.
3    Q    So even if it's a viable requirement under the New York
4    State Department of Health regulations, federal surveyors can
5    enforce that against the nursing home?
6    A    They can.
7    Q    Would that include the requirements we discussed earlier
8    about posting an operating certificate and notifying of any
9    amendments.
10   A    It could.
11   Q    And you've had decades of experience in quality management
12   of nursing homes; is that fair to say?
13   A    That's fair to say.
14   Q    I won't quantify the years.
15   A    My hair was brown.
16   Q    But based on your experience, do you have an opinion about
17   the consequences to a nursing home's operations of telling
18   their residents, family members and physicians that the
19   Department of Health has issued an amended operating
20   certificate with a termination date of June 30, 2008?
21   A    I have an opinion, yes.
22   Q    And what is your opinion?
23   A    My opinion is that to tell residents and families who call
24   that nursing facility their home that the operating
25   certificate, literally the thing that allows that nursing home

1   to operate in New York State, would be limited or eliminated
2   would be incredibly, incredibly distressing to those residents,
3   and certainly to the families and loved ones, people who are
4   community supports to residents who live in the nursing home,
5   even if they're not family.
6   Q   And besides telling residents and family, are there others
7   who have to be notified when an operating certificate is
8   amended?
9   A   Yes.
10  Q   Who else is supposed to be notified of the Department of
11  Health regulations?
12  A   Physicians need to be notified, as well.
13  Q   And based on your experience, do you have an opinion as to
14  the consequence of a nursing home telling physicians that a
15  nursing home has been issued an amended operating certificate
16  with a termination date of June 30th, 2008?
17  A   In my opinion, it certainly could impact on a nursing
18  facility related to referral sources, physicians who would send
19  their patients to that nursing facility.  The possibility of
20  uprooting folks more than once is really not something that
21  anyone would be interested in doing, not a physician, not a
22  family member, not anybody.
23  Q   And can the Department of Health tell a nursing facility
24  that it doesn't have to comply with the requirements to which
25  you testified concerning the posting of an operating